**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
knechta@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AMOS DAVIS, individually,<br><br>    Plaintiff,<br>v.<br><br>ALLO COMMUNICATIONS LLC, a Foreign Limited-Liability Company; RICARDO CONTRERAS; DOES I through XX and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>    Defendants. | CASE NO.:  2:25-CV-00802-CDS-EJY<br><br>**[PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER** |

Defendants ALLO COMMUNICATIONS LLC ("Allo") and RICARDO CONTRERAS (collectively, "Defendants"), by and through their attorneys of record, HALL & EVANS, LLC, and Plaintiff AMOS DAVIS, by and through their attorneys of record, RICHARD HARRIS LAW FIRM, hereby submits their Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(f)(3) and LR 26-1(e).

**1.    PROCEDURAL HISTORY**

On March 20, 2025, Plaintiff commenced this action in the Eighth Judicial District Court, Clark County, Nevada by filing the Complaint. On April 2, 2025, Defendant Allo was served with a Summons and Complaint in this matter. On April 3, 2025, Defendant Ricardo Contreras

was served with a Summons and Complaint in this matter. On May 7, 2025, Defendants filed a Notice for Removal based on diversity jurisdiction and Answer in the United States District Court, District of Nevada. On May 8, 2025, the Court issued a Minute Order instructing the Defendant to file a Statement Regarding Removal by May 23, 2025 and requesting a Joint Status Report regarding the removed action by June 7, 2025. On May 20, 2025, Plaintiff filed a Motion to Remand to State Court. On May 21, 2025, Plaintiff filed a Certificate of Interested Parties. On May 21, 2025, Defendant filed a Certificate of Interested Parties. On June 3, 2025, Defendants filed their Response to Plaintiff's Motion to Remand to State Court. On June 4, 2025, the case was removed to the United States District Court, District of Nevada. On June 4, 2025, the parties filed their Joint Status Report to the Court. On June 6, 2025, Plaintiff filed her Reply to Defendant's Response to Plaintiff's Motion to Remand to State Court.

**2.    RULE 26(f) CONFERENCE**

The Rule 26(f) conference was held on June 3, 2025. Appearing were Austin R. Wood, counsel for the Plaintiff, and Adam Knecht, Esq., counsel for Defendants.

**3.    RULE 26(a)(1) DISCLOSURES**

Defendants served their Initial Disclosures on June 18, 2025. Plaintiff will serve his Initial Disclosures within 14 days of the Rule 26(f) Conference.

**4.    DISCOVERY SCOPE AND LIMITS**

The parties may conduct discovery on all issues, claims and defenses raised by the pleadings filed in this matter, and any other matters reasonably calculated to lead to the discovery of admissible evidence, including discovery regarding the subjects of liability, causation, and damages. The presumptive limits of 10 depositions and 40 interrogatories per side are appropriate. The parties agree that at this time discovery does not need to be conducted in phases or otherwise limited or focused.

**5.    ORDERS THAT THE COURT SHOULD ISSUE**

There are no orders that the Court should issue under FRCP 26(c), FRCP 26(b), or FRCP 16(c) at this time.

**6.    DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

No issues regarding electronically stored information have been identified at this time.

**7.    ISSUES CONCERNING HANDLING CLAIMS OF PRIVILEGE**

The parties anticipate Defendants will seek a protective order for documents obtained during discovery, and that Plaintiff will stipulate to same.

**8.    DISCOVERY SCHEDULE**

The parties propose the following discovery schedule.

   A.    **Deadline for Amending Pleadings/Adding Parties:** August 11, 2025.

   B.    **Expert Disclosures:** The parties shall disclose all expert witnesses and reports required by Rule 26(a)(2) no later than September 8, 2025. The parties shall disclose all rebuttal expert witnesses and reports no later than October 8, 2025.

   C.    **Interim Status Reports:** The parties shall file the interim status report required by LR 26-3 no later than September 8, 2025.

   D.    **Discovery Cut-Off:** The parties shall complete all discovery before November 7, 2025.

   E.    **Dispositive Motions:** Dispositive Motions shall be filed no later than December 8, 2025.

   F.    **Joint Pretrial Order:** The Joint Pretrial Order shall be filed no later than January 7, 2026 in the event no dispositive motions are filed. In the event dispositive motions are filed, the Joint Pretrial Order shall be filed thirty days after the Court's decision on such motion(s).

   G.    **Rule 26(a)(3) Disclosures:** The parties shall make all disclosures required by

Rule 26(a)(3) not later than thirty (30) days prior to trial, which shall be included, along with any objections thereto, in the Joint Pretrial Order.

### H. Extensions or Modifications of the Discovery Plan and Scheduling Order:

All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline.

### 10. TRIAL ESTIMATE

The parties estimate the trial in this case will last approximately 5-7 days.

Respectfully Submitted:

Dated: June 20, 2025                                          Dated: June 20, 2025

**RICHARD HARRIS LAW FIRM**                     **HALL & EVANS, LLC**

**/s/ Austin R. Wood**                                      **/s/ Adam R. Knecht**
AUSTIN R. WOOD, ESQ.                                 ADAM R. KNECHT, ESQ.
Nevada Bar No. 16026                                     Nevada Bar No. 13166
*Attorneys for Plaintiff*                                      *Attorneys for Defendants*

Pursuant to the foregoing, IT IS SO ORDERED.

DATED June 23, 2025.

_____
U.S. MAGISTRATE JUDGE